UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY E. LEWIS,

    Petitioner,

v.

JEFF UTTECHT,

    Respondent.

CASE NO. C10-1314-RSL

ORDER OF TRANSFER

Petitioner Anthony Lewis is a state prisoner who is currently incarcerated at the Coyote Ridge Corrections Center in Connell, Washington. He has submitted to this Court for review a petition for writ of habeas corpus under 28 U.S.C. § 2254 challenging his 2007 King County Superior Court conviction on a charge of residential burglary. (*See* Dkt. No. 1.)

A review of this Court's records reveals that petitioner has previously filed two other federal habeas petitions in this Court challenging the same conviction. *See Lewis v. Uttecht*, C08-1239-RSL and *Lewis v. Uttecht*, C10-1033-RSL. The first of petitioner's two petitions was dismissed with prejudice. *Lewis v. Uttecht*, C08-1239-RSL, Dkt. Nos. 12, 19, and 20. The second petition was recently transferred to the Ninth Circuit Court of Appeals as a successive petition. *Lewis v. Uttecht*, C10-1033-RSL, Dkt. No. 10.

As petitioner has previously filed at least two other federal habeas petitions challenging

ORDER OF TRANSFER
PAGE -1

01 the same 2007 King County conviction, the instant petition must be deemed successive.  This
02 Court is without jurisdiction to consider a successive petition until the Ninth Circuit Court of
03 Appeals has authorized its filing.  28 U.S.C. § 2244(b)(3)(A).  Accordingly, this case is
04 hereby TRANSFERRED to the Ninth Circuit Court of Appeals pursuant to 28 U.S.C. § 1631
05 and Ninth Circuit Rule 22-3.

06      Petitioner is advised that this transfer does not of itself constitute compliance with
07 § 2244(b)(3) and Ninth Circuit Rule 22-3.  Petitioner must still file a motion for leave to
08 proceed in the Court of Appeals and make the showing required by § 2244(b)(2).

09      The Clerk is directed to close this case and to transfer all original documents to the
10 Ninth Circuit Court of Appeals.  The Clerk shall, however, retain a copy of the petition and of
11 this Order in the file.  The Clerk is further directed to send a copy of this Order to petitioner
12 and to the Honorable Mary Alice Theiler.

13      DATED this 21st day of September, 2010.

15                                        /s/ Robert S. Lasnik
                                          Robert S. Lasnik
16                                        United States District Judge

19 Recommended for Entry
   this 20th day of September, 2010.
20
   s/ Mary Alice Theiler
21 United States Magistrate Judge

22

ORDER OF TRANSFER
PAGE -2